FORM TO BE USED BY A PRISONER FILING A CIVIL RIGHTS COMPLAINT UNDER
THE CIVIL RIGHTS ACT 42 U.S.C. § 1983

RECEIVED
NOV - 3 2021
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT

21-cv-3877

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

#612037
DESHAWN CREIGHTON
*Full Name of Plaintiff & Prisoner Number*

MEDICAL INADEQUACY
*Civil Action*

JUDGE D BELL
*Judge*

v.

DCI MEDICAL HEAD
*Defendant*

MAGISTRATE JUDGE PEREZ MONTES
*Magistrate Judge*

WARDEN DUSTIN BICKHAM
DOCTOR LEFLEUR
SECRETARY JAMES LEBLANC

**COMPLAINT**

**I. Previous Lawsuits**

A. Have you begun any other lawsuit while incarcerated or detained in any facility?

[✓] Yes [ ] No

B. If your answer to the preceding question is "Yes," provide the following information:

1. State the court(s) where each lawsuit was filed (if federal, identify the district; if state court, identify the county or parish): UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA / ALEXANDRIA DIVISION

2. Name the parties to the previous lawsuit(s):
   Plaintiffs: DESHAWN CREIGHTON #612037
   Defendants: CASEY MCVEA

3. Docket number(s): 1:19-CV-00355 SEC P

4. Date(s) on which each lawsuit was filed: MARCH 14, 2019

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]: Dismissed to the lack of failure to submit either the $400.00 to file a complaint or a completed application to proceed in forma pauperis MARCH 22, 2019

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

[ ] Yes [✓] No

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.):

______________________________

______________________________

**II. Place of Current Confinement:** DiXON CORRectionAl FACility

A. Is there a prison grievance procedure in this institution?

[✓] Yes [ ] No

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

   [✓] Yes [ ] No

   If "Yes," what is the Administrative Remedy Procedure number? DCI-2021-229

2. If you did not file an administrative grievance, explain why you have not done so.

   ______________________________

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal and adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

   YeS I appealed too STEP 3 to the Secretary OF Louisiana DepaRtment OF Public SAFety correcti

   Attach a copy of each prison response and/or decision rendered in the administrative proceeding. and was Denied

**III. Parties to Current Lawsuit:**

A. Name of Plaintiff: DESHAWN C. BREIGHTON

Address: P.O. BOX 788, HWY 68 JACKSON, LA 70748

B. Defendant: DOCTOR / MeDiCAl HEAD is employed as [redacted] DOCTOR at DiXON CORRectionAl Institute

LEFlORE

Defendant: DUSTIN BICKHAM, is employed as WARDEN/UNITHEAD at DIXON Correctional Institute

Defendant: JAMES LeBlANC, is employed as SECRETARY at DIXON CORRECTIONAl INSTITUTE

Additional defendants: ______

## IV. Statement of Claim

State the facts of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. You are required to set forth only factual allegations. You are not required to set forth legal theories or arguments.

I'VE Been living With Rhuematoid ARthritis Since the Age OF 13 When I Was diagnosed, upon INCARCERATION I'VE done numerous Sick Calls and have had lots OF X-RAYS done While incarcerated, So its understood how bad my Condition is; because I Was told by the Orthopedist When I last Seen him earlier last year that I Would Need A Right HiP Replacement, I Recently SAW him on OCTOBER 15, 2021 and Was informed After all the Complaints OF pain over the years After an XRAY on that day that now im going to have to have both OF my HiPS Replaced because OF the damage Caused over the years from Walking on my hips Constantly and Just the Severity OF my medical Condition being disregarded. Here I am Still in Constant Pain every day When I'VE taken all of the necessary steps to Recieve attention, but everytime im just Placed on anti-INFLAMMATORYS That do not help

Case 3:22-cv-00011-SDD-SDJ Document 1 11/03/21 Page 4 of 5

and now its both of my hips cracking and popping uncomfortably, and its hard for me to walk on my legs at all. Im always limping and everything in both of my hips and knees crack constantly and hurts so bad... I'VE practically have been begging for help all these years and still theres no progress just pain and agony; I've fallen down, tripped, and most times I sit because it's hard for me to walk at all, I only eat one time a day because it's hard to walk to the Chowhall and Pillcall. These are the following names of those involved: DIXON Correctional's Medical Head, Secretary James Leblanc, WARDEN DUSTIN Bickham... of all the times i'VE made Sickcalls and have complained of pain too the doctor and Staff etc. Warden Bickham, Secretary James Leblanc. Im constantly being disregarded and I'VE never been on a hospital trip for my condition at all during my incarceration. I Feel Violated overly of my Constitutional Rights and it's cruel and unusual for a staff to not get me the necessary help that I need throughout incarceration and is unprofessional and harsh. This disease is crippling me and its completely out of my control because I was Diagnosed with arthritis at age 13 and its throughout my medical files and records my whole adolescence and adult life and im appalled and in shock at this brash treatment at the hands of DOJ and Department of Corrections!

Case 3:22-cv-00011-SDD-SDJ Document 1 11/03/21 Page 5 of 5

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I Would like the District Court to See the OPPRESSION and Cruel 3 unusual in the DOJ Prison System, and how our needs are disregarded daily because of brief Incarceration or Lengthy Sentence it Really doesnt matter, Cruelty is the Epitome of this Matter At hand. Would like to get transferred to A Prison that can better care for me... And An Monetary Suit for Pain and Suffering.

## VI. Plaintiff's Declaration

**A.** I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto are true and correct.

**B.** I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

**C.** I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this ________ day of OCTOBER, 20 21.

Dewawn Creighton
**Signature of Plaintiff**